UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 00-20087-001 |
| VERSUS | * | JUDGE MELANÇON |
| SHANNON DALE RANKS | * | MAGISTRATE JUDGE METHVIN |
| Defendant | | |

AND

WOMEN & CHILDREN'S HOSPITAL
AND ITS SUCCESSORS OR ASSIGNS
Garnishee

### *GARNISHEE ORDER*

A Writ of Continuing Garnishment, directed to Garnishee, Women & Children's

Hospital, and its successors or assigns, has been duly issued and served upon the Garnishee.

Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 18,

2007, stating that at the time of the service of the Writ it had in its possession or under its control

personal property belonging to and due defendant, in the form of wages, that the defendant is

paid on a bi-weekly basis, and that for the pay period in effect on the date of service on the

garnishee, defendant earned gross wages of $374.00 and net wages of $318.29.

On June 22, 2007, the defendant was notified of her right to a hearing and has not requested

a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673 (a) Garnishee

and its successors or assigns pay into the hands of the United States Attorney, for each and every

pay period that the defendant, Shannon Dale Hanks, is employed by Garnishee and its successors

or assigns and is due wages, the **lesser** of:

2

1.      Twenty-five percent (25%) of defendant's disposable earnings or $200.00, whichever is greater; or

2.      All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Signed at Lafayette, Louisiana, on July 18, 2007.


Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)